### 17431.   TONEY *v.* THE STATE.

LUKE, J. The conviction in this case was dependent wholly and entirely upon circumstantial evidence; and while the evidence raised a suspicion against the defendant, it was not sufficient to exclude every reasonable

Criminal Law, 16 C. J. p. 764, n. 54; p. 766, n. 78.

hypothesis other than that of his guilt. The court erred in overruling the petition for certiorari.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 13, 1926.

Certiorari; from Fulton superior court—Judge Humphries. April 16, 1926.

*C. G. Battle,* for plaintiff in error.

*Roy Dorsey, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.